IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SCOTT N. JOHNSON,  No. 2:09-cv-2600 MCE JFM

    Plaintiff,

  vs.  ORDER

PRITPAL VIRK; RUBY VIRK,

    Defendants.

/

       Plaintiff, proceeding with counsel, filed the above-entitled action. The matter was referred to a United States Magistrate Judge pursuant to Local Rule 72-302(c)(21).

       On February 18, 2010, the magistrate judge filed findings and recommendations herein which were served on the parties and which contained notice to the parties that any objections to the findings and recommendations were to be filed within fourteen days. No objections to the findings and recommendations have been filed.

       The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis. Accordingly, IT IS HEREBY ORDERED that:

///

1

1. The findings and recommendations filed February 18, 2010, are adopted in full;

2. Plaintiff's January 8, 2010 motion for entry of default judgment is granted;

3. Judgment is awarded against defendants Pritpal Virk and Ruby Virk in the amount of $8,000.00;

4. Injunctive relief is granted against defendants requiring a properly-configured van accessible disabled parking space with an accessible route to an accessible entrance in conformity with the Americans with Disabilities Act Accessibility Guidelines (ADAAG) as set forth in 28 Code of Federal Regulations, Part 36. ; and

5. This action is dismissed.

Dated: March 15, 2010

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE