UNITED STATES DISTRICT COURT
FOR THE
EASTERN DISTRICT OF CALIFORNIA

OFFICE OF THE CLERK
501 "I" STREET
SACRAMENTO, CA  95814

SCOTT N. JOHNSON

                DEFAULT JUDGMENT

   v.

                Case No. CIV S-09-2600 MCE JFM

PRITPAL VIRK ET AL

_____

**IT IS ORDERED AND ADJUDGED** default judgment is hereby ENTERED against defendant:

**PRITPAL VIRK and RUBY VIRK**

March 16, 2010

                VICTORIA C. MINOR, CLERK


                By:  _/s/NDDuong
                NDDuong, Deputy Clerk